UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICA AS TRUSTEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARRICK D. STERLING, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-02181-RS<br><br>**ORDER** |

This is one of many files opened when Sylvester Bradford, aka John Robinson, has purported to remove an underlying unlawful detainer action from Alameda County Superior Court. *See* Case Nos. 12-4971 RS, 12-1077 RS, 13-03020 RS, C 13-3564 RS, and C 14-2326 RS[1] As explained in each prior order of remand, and in the Report and Recommendation issued by the magistrate judge in this matter, this court lacks jurisdiction over the unlawful detainer proceedings.[2]

---

[1] While more than one state court case number appears in the record, there is no apparent dispute that all the matters relate to the same basic attempt by the plaintiff to obtain possession of the subject real property. Additionally, it appears there may have been at least one earlier related removal attempt by Bradford. See Case No. 12-0744 CRB.

[2] Bradford objected to the Report and Recommendation on grounds that he had filed a response to the underlying Order to Show Cause, which apparently had been overlooked. Nothing in that response, however, alters the fact that removal jurisdiction over unlawful detainer actions like this simply is not available.

Bradford, along with his co-defendant Darrick Sterling who joined in the ostensible removal, subsequently filed a purported dismissal of this action under Rule 41 of the Rules of Civil Procedure, as he has done previously in some of the other case files. See, *e.g.*, C 14-2326 RS.  To the extent that filing is intended to be an abandonment of the efforts to remove the unlawful detainer action, it is accepted.  As Bradford and Sterling are defendants, not plaintiffs, their "notice of dismissal" is ineffective to terminate the underlying unlawful detainer proceeding, in the event it has not otherwise been dismissed by act of the plaintiff or the state court.

Without holding that opening of the present case file represented an effective removal of the unlawful detainer in the first instance, this order shall serve as a remand, in the event jurisdiction ever vested here.  The Clerk shall serve a copy of this order on the Alameda County Superior Court, with reference to its case number RG 11-594238, and that court may proceed as it deems appropriate.

**IT IS SO ORDERED**.

Dated: January 30, 2015

_____
RICHARD SEEBORG
United States District Judge